William Safford, CA Bar #286948
P.O. Box 211
Palo Alto, California 94302
Ph: (650) 308-5575
Fx: (650) 600-3727
william@saffordlegal.com

*Counsel for Defendant Dean Tuan Trinh*

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.:     **3:13-00336-RS** |
| **Plaintiff,** | |
| v. | |
| **DEAN TUAN TRINH**, | [~~*PROPOSED*~~] **ORDER CONTINUING STATUS HEARING** |
| **Defendant.** | |

### ORDER CONTINUE STATUS HEARING

For good cause shown, IT IS HEREBY ORDERED that the following status hearing now set for June 25, 2013, at 2:30 p.m. is vacated, and a new hearing set for July 9, 2013, at 2:30 p.m. By stipulation, time is waived under the Speedy Trial Act through July 9, 2013.

SO ORDERED this _25th_ day of June, 2013.

By: _____

District Judge Richard Seeborg