MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MAUREEN C. BESSETTE (CABN 165775)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3691
    FAX: (510) 637-3724
    Email: Maureen.bessette@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 13-00336 RS |
| ) |      12-10016CR-MARTINEZ |
|     Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE AND |
|   v. ) | [PROPOSED] ORDER |
| ) | |
| DEAN TUAN TRINH, ) | |
| ) | |
|     Defendant. ) | |

      The above-captioned matter came before the Court July 9, 2013, at 2:30 p.m. for a status hearing. The Court put the matter over to August 6, 2013, at 2:30 p.m. The parties jointly agreed that time should be excluded under the Speedy Trial Act because the defense attorney requires additional time to review the discovery and conduct additional investigation. The parties represent that granting the exclusion would allow the reasonable time necessary for production and review of discovery and for effective preparation. See 18 U.S.C. § 3161(h)(7)(B)(iv). Therefore the parties request an exclusion of time from July 9, 2013 through August 6, 2013, from any time limits applicable under 18 U.S.C. § 3161.

      For the reasons stated above, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from July 9, 2013 through August 6,

STIP TO EXCLUDE

2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(iv).

DATED: July 10, 2013                    /s/
                                        WILLIAM SAFFORD
                                        Attorney for Dean Tuan Trinh

DATED: July 10, 2013                    /s/
                                        MAUREEN C. BESSETTE
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 7/10/13                          _____
                                        HON. RICHARD SEEBORG
                                        United States District Judge

STIP TO EXCLUDE

2