William Safford, CA Bar #286948
P.O. Box 211
Palo Alto, California 94302
Ph: (650) 308-5575
Fx: (650) 600-3727
william@saffordlegal.com

*Counsel for Defendant Dean Tuan Trinh*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DEAN TUAN TRINH,<br><br>    Defendant. | Case No.:    **3:13-CR-00336-RS**<br><br>[ ~~PROPOSED~~ ] ORDER MODIFYING TERMS OF RELEASE |

For good cause shown, IT IS HEREBY ORDERED that Defendant Trinh shall be permitted to travel outside of the District, during the period of November 5 to 8, 2013, to Pasadena, California, for the purpose of participating in legitimate business activities at and near the Pasadena Convention Center. During the permitted travel, Defendant Trinh will continue to comply with all other terms of his release and all requirements of the Pre-Trial Services office.

SO ORDERED this  27th  day of   September   , 2013.

By: _____
District Judge Richard Seeborg

[ ~~PROPOSED~~ ] ORDER MODIFYING TERMS OF RELEASE ——— Page 1